**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| OOIDA RISK RETENTION GROUP, INC., | ) ) ) | 3:15-CV-0081-RCJ (VPC) |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | September 23, 2016 |
| MARC A. BORDEAUX, et al., | ) ) ) | |
| Defendants. | ) ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:         LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to stay and for immediate status conference (ECF Nos. 108 & 110) is **GRANTED in part** and **DENIED in part** as follows:

1. Plaintiff's motion to stay all pending deadlines in this case is **GRANTED**;
2. Plaintiff's motion for an immediate hearing is **DENIED**; however, the parties shall file briefs on this matter as follows:
   a. On or before Monday, October 3, 2016, plaintiff shall file an opening brief including point and authorities on the status of the case and the effect of the stipulation vacating the state court judgment filed September 6, 2016;
   b. Defendants shall file a response no later than Friday, October 14, 2016; and
   c. A reply is due on Wednesday, October 26, 2016.

Thereafter, the court will determine whether a hearing is necessary.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:              /s/
       Deputy Clerk