UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| OOIDA RISK RETENTION GROUP, INC., | ) ) ) | 3:15-CV-0081-RCJ (VPC) |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | November 14, 2016 |
| MARC A. BORDEAUX, et al., | ) ) | |
| Defendants. | ) ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The parties' stipulation to extend time to file response briefs to defendant Robert M. Burt's motion for partial summary judgment (ECF No. 122) is **DENIED as moot.**

   **IT IS SO ORDERED.**

                              LANCE S. WILSON, CLERK

                        By:           /s/
                              Deputy Clerk