Scott W. McMickle, Esq.
Jonathan J. Kandel, Esq.
**McMICKLE, KURY & BRANCH, LLP**
200 S. Main Street
Alpharetta, GA 30009
Telephone: (678) 824-7800
Facsimile: (678) 824-7801
swm@mkblawfirm.com
jkandel@mkblawfirm.com
*Admitted Pro Hac Vice*

Matthew C. Addison (NSBN 4201)
**McDONALD CARANO WILSON LLP**
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
maddison@mcdonaldcarano.com

*Attorneys for Plaintiff*
*OOIDA Risk Retention Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| OOIDA RISK RETENTION GROUP, INC.<br><br>Plaintiff,<br><br>vs.<br><br>MARC A. BORDEAUX, an individual; ROBERT M. BURTS, an individual; DOES 1-V,<br><br>Defendants. | Case No.: 3:15-cv-00081-RCJ-VPC<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL** |

Plaintiff OOIDA Risk Retention Group, Inc. ("OOIDA") hereby requests that this Court withdraw Jonathan J. Kandel as its counsel in this case, as Mr. Kandel is leaving the law firm of McMickle, Kurey & Branch, LLP. OOIDA continues to be represented by the law firm of McMickle, Kurey & Branch, LLP and Scott W. McMickle of that firm, as well as by the law firm of McDonald Carano Wilson LLP and Matthew C. Addison of that firm.

1

Respectfully submitted this 21st day of December, 2016.

                McMICKLE, KUREY & BRANCH, LLP

                /s/Jonathan J. Kandel
                SCOTT W. MCMICKLE, ESQ.
                JONATHAN J. KANDEL, ESQ.
                200 South Main Street
                Alpharetta, GA  30009
                Telephone: 678-824-7800
                Facsimile: 678-824-7801
                swm@mkblawfirm.com
                jkandel@mkblawfirm.com
                Admitted Pro Hac Vice

                MATTHEW C. ADDISON, ESQ.
                State Bar No. 4201
                100 West Liberty Street, 10th Floor
                Reno, Nevada 89501
                Telephone: 775.788.2000
                Facsimile:  775.788.2020
                maddison@mcdonaldcarano.com

                *Attorneys for Plaintiff*

                *OOIDA Risk Retention Group, Inc.*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 12/27/16

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I hereby certify that I am an employee of McMickle, Kurey & Branch, LLP and that on this 21st day of December, 2016, I caused to be served a copy of the foregoing: **NOTICE OF WITHDRAWAL AS COUNSEL** on the party(s) set forth below by:

_____   Placing an original or true copy in a sealed envelope placed for collection and mailing in the United States Mail, at Alpharetta, Georgia, postage prepaid, following ordinary business practices;

_____   Facsimile transmission only, pursuant to the amended Eighth Judicial District Court Rule 7.26

___X___   Case Management/Electronic Case Filing (CM/ECF)

_____   Hand Delivery – Receipt of Copy addressed as follows:

| | |
|---|---|
| Sean P. Rose, Esq.<br>ROSE LAW OFFICE<br>150 W. Huffaker Lane, Suite 101<br>Reno, NV 89511<br>(775) 824-8200<br>(775) 657-8517 – Fax<br>sean@roselawnevada.com<br>*Attorneys for Defendant Robert M. Burts* | Thomas R. Brennan, Esq.<br>DURNEY & BRENNAN<br>6900 S. McCarran Blvd., Suite 2060<br>Reno, NV 89509<br>(775) 322-2923<br>(775) 322-3014 – fax<br>tom@durneybrennan.com<br>*Attorneys for Defendant Robert M. Burts* |
| Scott A. Glogovac, Esq.<br>GLOGOVAC & PINTAR<br>427 W. Plumb Lane<br>Reno, NV 89509<br>(775) 333-0400<br>(775) 333-0412 – Fax<br>sglogovac@gplawreno.net<br>*Attorneys for Defendant Robert M. Burts* | Mark Wenzel, Esq.<br>BRADLEY, DRENDEL & JEANNEY<br>P.O. Box 1987<br>Reno, NV 89505<br>(775) 335-9999<br>mwenzel@bdjlaw.com<br>*Attorney for Marc Bordeaux* |

/s/ Jonathan J. Kandel
Jonathan J. Kandel
Admitted *Pro Hac Vice*