UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OOIDA RISK RETENTION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARC A. BOURDEAUX, et al., <br><br> Defendants. | Case No. 3:15-CV-0081-RCJ (VPC) <br><br> **ORDER** |

Before the court is the motion of plaintiff OOIDA Risk Retention Group, Inc. ("OOIDA") for sanctions pursuant to the court's inherent power and 28 U.S.C. § 1927 (ECF No. 131). Defendant/counter-claimant Robert M. Burts ("Burts") opposed (ECF No. 135) and OOIDA replied (ECF No. 140). On May 3 and 4, 2017, this court held an evidentiary hearing (ECF No. 174 & 175).

The court has carefully reviewed the extensive record in this proceeding and has considered the testimony and evidence presented at the evidentiary hearing. Having done so, and for good cause appearing, OOIDA's motion for sanctions (ECF No. 131) is **DENIED.**

Dated May 22, 2017.

_____
UNITED STATES MAGISTRATE JUDGE